UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60497-CV-WILLIAMS

G.T.,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Panayotta D. Augustin-Birch's Report and Recommendation (DE 24) ("***Report***") on Defendant MSC Cruises, S.A. ("***Defendant***") Motion to Dismiss (DE 9) ("***Motion***").[1] In the Report, Magistrate Judge Augustin-Birch recommends that the Court deny Defendant's Motion. (DE 24 at 1.) Specifically, Judge Augustin-Birch finds that Plaintiff states a claim in accordance with the applicable pleading standards and "plausibly alleges that Defendant was on actual notice of the condition and that the condition was not open and obvious." (*Id.* at 3.) Defendant filed Objections to the Report (DE 27) ("***Objections***"), to which Plaintiff filed a Response (DE 28).[2] Specifically, Defendant objects to the fact that, in the Report, Judge Augustin-

---

[1] On May 19, 2023, the Court referred Defendant's Motion to Judge Augustin-Birch for a report and recommendation. (DE 12.)

[2] On August 25, 2023, Defendant filed a Reply in Support of its Objection to the Report and Recommendation on Motion to Dismiss. (DE 32.) The rules do not provide for filing a reply, and Defendant did so without leave of Court. Accordingly, the reply (DE 32) is **STRICKEN**.

Birch fails to take into account the Eleventh Circuit's decision in *Holland v. Carnival Corporation*, 50 F.4th 1088 (11th Cir. 2022) when she concludes that Plaintiff properly pled Defendant's actual notice in accordance with Federal Rule of Civil Procedure 8. (DE 27 at 2.)[3] The Court conducted a *de novo* review of the portions of the Report to which Defendant objected and a review of the Report for clear error. Having carefully reviewed the Report, Objections, record, and applicable law, the Court agrees with Judge Augustin-Birch's well-reasoned analysis and conclusion that Defendant's Motion be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 24) is **AFFIRMED AND ADOPTED.**
2. Defendant's Motion (DE 9) is **DENIED**.
3. Defendant shall file its answer to the Complaint within **fourteen (14) days** of the date of this Order. *See* Fed. R. Civ. P. 12.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[3] Defendant's Objections are improper. They merely state arguments, in some instances verbatim, that were presented to Judge Augustin-Birch before she issued her Report. (*Compare* DE 27, *with* DE 9, *and* DE 22.) However, it is well settled that an objecting party may not "submit [] papers to a district court which are nothing more than a rehashing of the same arguments and positions taken in the original papers submitted to the Magistrate Judge. Clearly, parties are not to be afforded a 'second bite at the apple' when they file objections to a [Report]." *Marlite, Inc. v. Eckenrod*, 2012 WL 3614212, at *2 (S.D. Fla. Aug. 21, 2012) (quoting *Camardo v. Gen. Motors Hourly-Rate Emps. Pension Plan*, 806 F. Supp. 380, 382 (W.D.N.Y. 1992)).